**Percell FREEMAN, Plaintiff– Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

No. 14–1532.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 3, 2014.

Filed: Oct. 8, 2014.

Percell Freeman, Crossett, AR, pro se.

Claude Shackelford Hawkins, Jr., U.S. Attorney's Office, Fort Smith, AR, Fatima Shah, Social Security Administration Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Percell Freeman appeals the district court's [1] dismissal of his action challenging

---

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western Dis- trict of Arkansas, to whom the case was re-

the Social Security Administration's decision to disqualify him from appearing before the agency as a non-attorney representative pursuant to 42 U.S.C. § 406(a). After careful de novo review, *see Jenkins v. Kansas City Mo. Sch. Dist.*, 516 F.3d 1074, 1080 (8th Cir.2008), we affirm. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).